1  Michael Yesk (SB#130056)
   70 Doray Drive, Suite 16
   Pleasant Hill, CA 94523
2  510-909-9700
   yesklaw@gmail.com
3  Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR CHRISTIANSEN AND OLGA CHRISTIANSEN,<br><br>       Plaintiffs,<br><br>       vs.<br><br>WELLS FARGO BANK N.A.; NDEX WEST L.L.C.; AND DOES 1-100, INCLUSIVE,<br><br>       Defendants | Case No.: 4:12-cv-02526-DMR<br><br>[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE<br><br>Hon. Magistrate Judge Donna M. Ryu |

Whereas, Plaintiffs Victor Christiansen and Olga Christiansen, on the one hand, and Defendant NDeX West, LLC, on the other hand, stipulated through their respective attorneys of record, pursuant to Federal Rule of Civil Procedure Rule 41(a), that all claims and demands asserted by Plaintiffs in this action shall be dismissed with prejudice against Defendant NDeX West, LLC only, and each party to bear their own attorneys' fees and costs; and

Whereas, it appears to the Court that the terms of the stipulation appear proper, and upon good cause showing,

It is hereby ordered that all claims and demands asserted by Plaintiff against Defendant NDeX West, LLC in this action shall be and hereby are dismissed with

1  prejudice, each party to bear their owns costs and attorneys' fees.
2       IT IS FURTHER ORDERED that the August 9, 2012 hearing on the motion
3  to dismiss filed by NDeX is vacated and the motion is terminated.
4
5  IT IS SO ORDERED.
6
7
8  DATED: July 10, 2012  _____
                                          Honorable Magistrate Judge Donna M. Ryu



# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Diamond Bar, California. My business address is Barrett, Daffin, Frappier, Treder & Weiss, LLP, 20955 Pathfinder Road, Suite 300, Diamond Bar, California 91765.

On the date below, I served the following document entitled:

[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE

on all interested parties in said case addressed as follows:

**Served Electronically Via The Court's CM/ECF System:**

| Counsel for Plaintiffs | Counsel for Defendant Wells Fargo Bank |
|---|---|
| Michael Yesk, Esq. | Christopher A. Carr, Esq. |
| Yesk Law | Dong-Youl Dennis La, Esq. |
| 4 Fairway Place | Melissa M. Coyle, Esq. |
| Pleasant Hill, CA 94523 | Anglin Flewelling Rasmussen |
| | Campbell & Trytten LLP |
| | 199 S Los Robles Avenue, Ste. 600 |
| | Pasadena, CA 91101-2459 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am a member of the Bar of this Court. This declaration is executed in Diamond Bar, California, on June 29, 2012.

    JC Lewis, Jr.     _____          _____/s/_ *JC Lewis, Jr.* _____

1  (Type or Print Name)                    (Signature of Declarant)

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26