# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR CHRISTIANSEN, | No. C-12-02526 DMR |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| WELLS FARGO BANK NA, | |
| Defendant(s). | |

Defendant Wells Fargo Bank, N.A. has filed a motion to dismiss, motion to strike and motion to expunge notice of pending action. [Docket Nos. 19-21.] The motions are currently set for a court hearing on August 23, 2012. According to the court's local rules, Plaintiffs should have filed any opposition, or statement of non-opposition, to Defendant's motions by July 16, 2012. *See* N.D. Cal. Civ. L.R. 7-3. The court has received no such response to Defendant's motions.

The court ORDERS Plaintiffs Victor Christiansen and Olga Christiansen to show cause for their failure to respond to the pending motions, or, alternatively, to file a statement of non-opposition to the motions pursuant to Civil Local Rule 7-3(b), by **August 9, 2012.** This order to show cause does not constitute leave to file a late opposition. If Plaintiffs do not respond to the order to show cause by August 9, 2012, Defendant's motions may be granted.

IT IS SO ORDERED.

Dated: August 1, 2012

_____
DONNA M. RYU
United States Magistrate Judge