UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VICTOR CHRISTIANSEN,

    Plaintiff(s),

v.

WELLS FARGO BANK NA,

    Defendant(s).

No. C-12-02526 DMR

**ORDER TO SHOW CAUSE**

On September 27, 2012, the court held a hearing on Defendants' motion to dismiss Plaintiffs' first amended complaint. The court granted the motion with leave to amend, and gave Plaintiffs until October 11, 2012 to file a second amended complaint. [Docket Nos. 38, 39.] No such amended complaint has been filed. Accordingly, by no later than October 30, 2012, Plaintiffs are ordered to show cause why this action should not be dismissed for failure to prosecute this case.

IT IS SO ORDERED.

Dated: October 22, 2012

DONNA M. RYU
United States Magistrate Judge