UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VICTOR CHRISTIANSEN,  No. C 12-02526 DMR

    Plaintiff(s),  **ORDER DISMISSING CASE**

  v.

WELLS FARGO BANK NA,

    Defendant(s).
_____/

On October 1, 2012, the court granted Defendants' motion to dismiss Plaintiffs' first amended complaint. [Docket No. 39.] The court granted Plaintiffs leave to amend and ordered them to file a second amended complaint by no later than October 11, 2012. Plaintiffs did not file a second amended complaint, and on October 22, 2012, the court issued an Order to Show Cause why the matter should not be dismissed for failure to prosecute and ordered Plaintiffs to respond by October 30, 2012. [Docket No. 40.] Plaintiffs did not file a response to the Order to Show Cause. Therefore, this matter is dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED.

Dated: November 1, 2012



_____
DONNA M. RYU
United States Magistrate Judge